[No. 13976-2-I.  Division One.  December 31, 1984.]

HARRIET M. GOULD, *Appellant,* v. DONALD T. REAY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 79-2-00202-0, Robert M. Elston, J., entered

1038

July 6, 1982. *Reversed* and *remanded* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Callow, J. Now published at 39 Wn. App. 730.